PD-1350-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/15/2015 5:46:45 PM
Accepted 10/16/2015 1:59:17 PM
ABEL ACOSTA
CLERK

NO. PD - _____

| | | |
|---|---|---|
| **DUSTIN RYAN RHOADES** | § | **IN THE COURT OF** |
| | § | |
| **v.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE of TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Dustin Ryan Rhoades, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1.     On September 15TH, 2015, the Seventh Court of Appeals affirmed judgement against Appellant in cause No. 07-13-00319-CR in the Court of Appeals for the Seventh District of Texas at Amarillo.  This petition is therefore due on October 15TH, 2015.

2.     Counsel has been unable to complete the petition for the following reasons: Counsel has been engaged in other appellate and felony trial matters that have precluded adequate preparation on the matter before the Court.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 30 days, i.e. until November 16TH, 2015, to file a petition for discretionary review.

Respectfully submitted,

FILED IN
COURT OF CRIMINAL APPEALS

October 16, 2015

ABEL ACOSTA, CLERK

JAMES E. WOOLDRIDGE
Attorney at Law
600 S. Tyler Street
Suite 1704
LB 12051
Amarillo, Texas 79101
Tel: 806 418 8575

Fax: 806 418 8576

By: /s/ JAMES E. WOOLDRIDGE
      James E. Wooldridge
      State Bar No. 24010492
      Attorney for Dustin Ryan Rhoades

## CERTIFICATE OF SERVICE

I, JAMES E. WOOLDRIDGE, certify that a true and correct copy of the foregoing Motion to Extend Time to File Petition for Review was delivered via facsimile transmission to (806) 379 2823 to the 47TH Judicial District Attorney's Office for Appellee the State of Texas, 501 S. Fillmore Street, Suite 5A, Amarillo, Texas 79101, on the 15TH day of October, 2015, in accordance with TRAP 9.5.

      /s/ JAMES E. WOOLDRIDGE
      JAMES E. WOOLDRIDGE